UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

vs.

Sixty-Five Thousand Twenty Dollars
($65,020.00) in U.S. Currency,

        Defendant *in rem*.

Case No. 21-cv-10901
Honorable Robert H. Cleland

### First Amendment to Consent Judgment

On June 1, 2022, the Court entered a Consent Judgment and Final Order of Forfeiture ordering the forfeiture of the following property ("Subject Property") to the United States: Fifty-Five Thousand Twenty Dollars ($55,020.00). (ECF No. 13, PageID.60).

The Stipulated Preliminary Order of Forfeiture ordered the remaining Ten Thousand Dollars ($10,000.00) ("Returnable Funds"), to be returned to the claimant, Brandon Montgomery ("claimant"), less any debt owed to the United States, any agency of the United States, or any other debt that the United States is authorized to collect from the claimant, including but not limited to any debts collected through the Treasury Offset Program, after the claimant's attorney, Wright W. Blake, supplied claimant's social security number and Automated

Clearing House (ACH) information to the United States Department of Treasury for electronic deposit of funds into Wright W. Blake's IOLTA account. (ECF 13, PageID.60-61).

The United States filed an application requesting that the Consent Judgment be amended to allow the deposit of the Returnable Funds directly into the personal account of the claimant and not into Wright W. Blake's IOLTA account.

Based on the government's Unopposed Application Seeking Entry of First Amendment to Consent Judgment, and other information in the record, and pursuant to Federal Rule of Civil Procedure 60, **NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that:

1. The Consent Judgment (ECF No. 13) is amended to allow the deposit of the Returnable Funds directly into the personal account of the claimant and not into Wright W. Blake's IOLTA account.

2. All other terms of the Consent Judgment and Final Order of Forfeiture remain in full force and effect.

3. The Court shall retain jurisdiction to enforce this Order, to amend it, and to amend the Consent Judgment as necessary pursuant to Federal Rule of Civil Procedure 60.

**IT IS SO ORDERED.**

Date: November 21, 2022          <u>s/Robert H. Cleland</u>
                                 Honorable Robert H. Cleland
                                 United States District Judge